UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PLASTECH HOLDING
CORPORATION,

    Plaintiff/Counter-Defendant,

v.

WM GREENTECH AUTOMOTIVE
CORPORATION, et al.,

    Defendants,

&

JAC MOTORS,

    Defendant/Counter-Plaintiff.
_____/

Case No. 14-cv-14049

HON. MARK A. GOLDSMITH

## ORDER
## DENYING DEFENDANTS' MOTIONS FOR
## SUMMARY JUDGMENT (Dkts. 142, 144) AS MOOT

In light of the opinion and order entered today dismissing Plaintiff's claims with prejudice, see 6/30/2017 Op. & Order (Dkt. 213), the Court denies Defendants' motions for summary judgment (Dkts. 142, 144) as moot.

SO ORDERED.

Dated: June 30, 2017  
  Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 30, 2017.

s/Karri Sandusky  
Case Manager